987 A.2d 1215

Donna PFENDER, Appellant

v.

COMMONWEALTH of Pennsylvania, Governor Edward G. Rendell, Attorney General Tom Corbett, Senate President Pro Tempore Joseph B. Scarnatti, III, Senate Majority Leader Dominic Pillegi, Senate Minority Leader Robert J. Mellow, House Speaker Dennis O'Brien, House Majority Leader H. William DeWeese, House Minority Leader Samuel L. Smith, Pennsylvania Board of Probation and Parole, Appellees.

Supreme Court of Pennsylvania.

Feb. 16, 2010.

## ORDER

PER CURIAM.

**AND NOW,** this 16th day of February, 2010, the Order of the Commonwealth Court is AFFIRMED.